UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PAUL DAVID SHOEMAKER,

          Petitioner,

   v.

DAWN MARIE SHOEMAKER.

          Respondent.

CASE NO. C11-5769-RJB-JRC

ORDER ADOPTING A REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation (Dkt. 5) and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation (Dkt. 4); and

(2) This petition is DISMISSED WITH PREJUDICE. Petitioner is not in custody and may not bring a habeas corpus petition to challenge a state child custody issue.

DATED this 18th day of November, 2011.

*[signature]*

ROBERT J. BRYAN
United States District Judge