# United States District Court

WESTERN DISTRICT OF WASHINGTON

PAUL DAVID SHOEMAKER

JUDGMENT IN A CIVIL CASE

v.

DAWN MARIE SHOEMAKER

CASE NUMBER: C11-5769RJB/JRC

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation (Dkt. 4); and

This petition is DISMISSED WITH PREJUDICE. Petitioner is not in custody and may not bring a habeas corpus petition to challenge a state child custody issue.

| | |
|---|---|
| November 21, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |